

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00722-CR

Samuel S. **BIGGS**,
Appellant

v.

The **STATE** of Texas,

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1339W
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 6, 2015.

Luz Elena D. Chapa, Justice